IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:08-cr-00297-FJG-9 |
| | ) | |
| ANAHIT NSHANIAN, | ) | |
| | ) | |
| Defendant. | ) | |

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation (Doc. #390 filed May 21, 2010) of United States Magistrate Judge John T. Maughmer, to which no objection has been filed, the plea of guilty to Count 1 of the Indictment is now accepted. Defendant is adjudged guilty of such offense. Sentencing will be set by subsequent order of the court.

                                                      **/s/ Fernando J. Gaitan, Jr.**
                                                      Fernando J. Gaitan, Jr.
                                                      Chief United States District Judge

Dated:  June 10, 2010
Kansas City, Missouri